**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02931-BNB
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

NICHOLAS AURELIO,

      Plaintiff,

v.

[NO NAMED DEFENDANTS],

      Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**

---

      On October 25, 2013, Plaintiff submitted a Letter to the Court challenging the

conditions of his confinement.  As part of the Court's review pursuant to

D.C.COLO.LCivR 8.2, the Court has determined that the document is deficient as

described in this Order.  Plaintiff will be directed to cure the following if he wishes to

pursue any claims in this Court in this action.  Any papers that Plaintiff files in response

to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   <u>X</u>   is not submitted
(2)   <u>   </u>   is missing affidavit
(3)   <u>X</u>   is missing certified copy of prisoner's trust fund statement for the **6-month
          period immediately preceding** this filing
(4)   <u>  </u>   is missing certificate showing current balance in prison account
(5)   <u>  </u>   is missing required financial information
(6)   <u>X</u>   is missing authorization to calculate and disburse filing fee payments
(7)   <u>  </u>   is missing an original signature by the prisoner
(8)   <u>  </u>   is not on proper form
(9)   <u>  </u>   names in caption do not match names in caption of complaint, petition or
          habeas application

(10)   __   other: _____

**Complaint, Petition or Application**:

(11)   X     is not submitted
(12)   __    is not on proper form
(13)   __    is missing an original signature by the prisoner
(14)   __    is missing page nos. ___
(15)   __    uses et al. instead of listing all parties in caption
(16)   __    names in caption do not match names in text
(17)   __    addresses must be provided for all defendants/respondents in "Section A.
             Parties" of complaint, petition or habeas application
(18)   __    other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty**

**days from the date of this Order**.  Any papers that Plaintiff files in response to this

Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved Prisoner

Complaint form and Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28

U.S.C. § 1915 form (revised 10/1/12) (with the assistance of his case manager or the

facility's legal assistant), along with the applicable instructions, at

www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies

**within thirty days from the date of this Order**, the action will be dismissed without

further notice.   It is

DATED October 29, 2013, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge