**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02931-LTB

NICHOLAS J. AURELIO,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,
CHIEF THAN,
CAPTAIN ROMERO,
SERGEANT JORDAN,
SERGEANT DOHERTY,
DEPUTY HERNANDEZ,
DEPUTY SPROCK,
DEPUTY CLEMENTS,
DEPUTY PEREZ,
DEPUTY NESS,
DEPUTY SHAFER,
DEPUTY ARELLANO,
DEPUTY McLAIN, and
MARTINEZ, All Deputies Work for Denver Sheriff's Department at the Denver Detention
    Center,

    Defendants.

### MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On February 4, 2014, Plaintiff filed a Motion to Reopen Case.  The Motion is DENIED.  The action was dismissed without prejudice on January 23, 2014, pursuant to Plaintiff's request to dismiss the case.  If Plaintiff desires to pursue his claims he must do so by initiating a new action.

Dated:  February 4, 2014,