**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02931-LTB

NICHOLAS J. AURELIO,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,
CHIEF THAN,
CAPTAIN ROMERO,
SERGEANT JORDAN,
SERGEANT DOHERTY,
DEPUTY HERNANDEZ,
DEPUTY SPROCK,
DEPUTY CLEMENTS,
DEPUTY PEREZ,
DEPUTY NESS,
DEPUTY SHAFER,
DEPUTY ARELLANO,
DEPUTY McLAIN, and
MARTINEZ, All Deputies Work for Denver Sheriff's Department at the Denver Detention
    Center,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    On February 12, 2014, Plaintiff filed a Letter with the Court stating that he did not realize he needed to proceed in a new case and could not reopen this case.  Plaintiff asks that the Court use  ECF Nos. 21 and 22 to initiate a new case.  The Clerk of the Court, therefore, is directed to use ECF Nos. 22 and 21 (originals) to initiate a new action and to place the action on the pro se docket for initial review pursuant to D.C.COLO.LCivR8.1(b).  The Clerk of the Court is directed to terminate the Motion for Complaint, ECF No. 24 in this case.

Dated:  February 13, 2014,